16814. CENTRAL OF GEORGIA RAILWAY CO. v. STOCKS.

BROYLES, C. J. 1. In view of the facts of the case, the grounds of the mo-
tion for a new trial, complaining of rulings upon the admissibility of
evidence, show no reversible error.
2. The refusal to give the requested charges was not error.
3. The excerpt from the charge, as complained of, when considered in the
light of the charge as a whole and the facts of the case, contains no
harmful error.
4. The verdict was authorized by the evidence, and the refusal to grant a
new trial was not error.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED DECEMBER 16, 1925.

Damages; from city court of Barnesville—Judge Darsey presid-
ing. August 20, 1925.

*C. J. Lester, Cleveland & Goodrich,* for plaintiff in error.

*E. O. Dobbs,* contra.